IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

UNITED STATES OF AMERICA )
)
v )
) CR. NO. 2:06 CR 032-MHT
Jerome Harriell )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Jerome Harriell, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

2-10-06
DATE

Jerome Harriell
DEFENDANT

Anne Borelli
ATTORNEY FOR DEFENDANT