AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

**APPEARANCE**

UNITED STATES OF AMERICA

v.                                          CASE NUMBER:  2:06cr32-MHT

JEROME LAVERNE HARRIELL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Jerome Laverne Harriell

I certify that I am admitted to practice in this court.

_2/28/06_
Date

_Mickey L. Johnson_ (signature)

MICKEY L. JOHNSON       JOH010
Print Name               Bar Number

P.O. Box 430
Address

PELHAM         AL        35124
City           State     Zip Code

(205) 663-7000    (205) 663-3846
Phone Number       Fax Number