| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** February 28, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 8:54 - 9:02 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr32-MHT | **DEFENDANT(S)** Jerome Laverne Harriell |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| David Cooke | * | Jennifer Hart |
| | * | Mickey Johnson |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   Completed except for audio tape - Government states copy cannot be made because of format of tape. Ms. Hart will turn over all discovery in her possession to Mr. Johnson who has appeared today as retained counsel

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Possibility of plea
   Notice of intent to change plea to be filed no later than noon on April 12, 2006

☐ **TRIAL STATUS**
   Trial time - 2-3 days

☐ **REMARKS:**
   Ms. Hart will file motion to withdraw as counsel since Mr. Johnson has appeared as retained counsel
   Ms. Hart to provide Mr. Johnson copy of arraignment order setting out deadlines
   Notice to Retained Criminal Defense Attorney hand delivered to Mr. Johnson in open court