IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr32-T |
| ) | |
| JEROME LAVERNE HARRIELL ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the undersigned counsel, Jennifer A. Hart, and hereby moves this Honorable Court for an Order granting her motion to withdraw from representation of the defendant Jerome Laverne Harriell. In support of this motion, undersigned counsel would show:

1. On February 28, 2006, undersigned counsel was informed that Mickey L. Johnson, Esquire, had been retained to represent Mr. Harriell.

WHEREFORE, premises considered, undersigned counsel hereby prays that her motion to withdraw as counsel for Jerome Laverne Harriell in the above-styled cause be granted and an Order issued permitting her withdrawal.

Respectfully submitted,
s/Jennifer A. Hart
JENNIFER A. HART
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**MOTION GRANTED**

THIS 7th DAY OF March, 2006

_____
UNITED STATES MAGISTRATE JUDGE