IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr32-MHT |
| **JEROME LAVERNE HARRIELL** | ) | |

### ORDER

Because the defendant does not object, it is ORDERED that the government's motion for leave to amend indictment (Doc. No. 14) is granted.

DONE, this the 9th day of March, 2006.


                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**