| COURTROOM DEPUTY'S MINUTES | DATE: April 3, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:34 - 3:36 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**         **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr32-MHT**         **DEFENDANT(S) Jerome Laverne Harriell**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| David Cooke | * | Mickey L. Johnson |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
    Complted

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Possible plea - conducting proffer
    Notice of intent to change plea to be filed on or before noon April 12, 2006

☐ **TRIAL STATUS**
    Trial time: 2 days

☐ **REMARKS:**