IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr32-MHT |
| | ) | |
| JEROME LAVERNE HARRIELL | ) | |

_____ ORDER

It is hereby ORDERED that the United States Marshals Service release custody of Jerome

Laverne Harriell to SA Jennifer Rudden, ATF, and/or Jonathan Benson, DEA Task Force, from

April 4, 2006, through December 31, 2006, so that said agents can take such prisoner into

custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Jennifer Rudden and/or Jonathan Benson return said prisoner

into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of April, 2006.


_____
UNITED STATES MAGISTRATE JUDGE