IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. 2:06cr32-MHT |
| ) | |
| JEROME LAVERNE HARRIELL ) | |

### ORDER

Upon consideration of the government's motion for release of custody of prisoner (Doc. # 20), filed April 4, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is further ORDERED that the United States Marshals Service release custody of Jerome Laverne Harriell to SA Jennifer Rudden, ATF, and/or Jonathan Benson, DEA Task Force, from April 4, 2006, through December 31, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Jennifer Rudden and/or Jonathan Benson return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 5th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE