IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr32-MHT |
| | ) | |
| JEROME LAVERNE HARRIELL | ) | |

### NOTICE OF INTENT TO ENTER PLEA

Pursuant to Rule 11 F.R.Cr.P., Defendant files this notice of intent to enter a plea under a negotiated settlement with the Office of the United States Attorney disposing of all charges pending in this matter.

Respectfully submitted,

Mickey L. Johnson
Attorney for Defendant
P.O. Box 430
Pelham, AL 35124
Telephone: (205) 633-7000

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on the United States Attorney's Office on this the 13th day of April, 2006 by placing the same in the United States mail, postage prepaid and properly address.

Mickey L. Johnson