| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: April 18, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 9:38 - 9:55 |
| | COURT REPORTER: Jimmy Dickens |

☐ **ARRAIGNMENT**    √ **CHANGE OF PLEA**    ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**    ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr32-MHT    **DEFENDANT NAME:** Jerome Laverne Harriell
**AUSA:** David Cooke    **DEFENDANT ATTORNEY:** Mickey Johnson

Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Jo Ann Sellers

Interpreter present? (√)NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ☐ Not Guilty
   √ Guilty as to:
      √ Count(s):   2 of the Indictment
      √ Count(s):   1 & 3       ☐ dismissed on oral motion of USA
                              √ to be dismissed at sentencing

√ Written plea agreement filed    ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 2 of the Indictment.
☐ **CRIMINAL TERM:**       ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond;  ☐ summons; for:
      ☐ Trial on _____;  ☐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
      ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel