AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

JEROME LAVERNE HARRIELL

**NOTICE**

CASE NUMBER:   2:06cr32-MHT

TYPE OF CASE:

☐ CIVIL    X  CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARING before Judge Myron Thompson

X  TAKE NOTICE that a proceeding in this case has been RESCHEDULED as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex<br>One Church Street<br>Montgomery, AL 36104 | July 27, 2006, at 10:00 a.m. | July 27, 2006, at **2:00 p.m.**<br><br>(Courtroom 2FMJ) |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 26, 2006
DATE

(BY) DEPUTY CLERK