# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY   ALABAMA

DATE COMMENCED   July 27, 2006         AT   2:15   A.M./P.M.

DATE COMPLETED   July 27, 2006         AT   2:28   A.M./P.M.

UNITED STATES OF AMERICA              Criminal Action
                                      2:06cr32-MHT
        VS.

JEROME LAVERNE HARRIELL

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA K. David Cooke, Jr. | X | Atty Mickey L. Johnson |
| AUSA John T. Harmon | X | |
| | X | |
| | X | |
| | X | |

### COURT OFFICIALS PRESENT:

| Anthony Green, | Nicole Birch, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

### PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:       SENTENCING HEARING

| | |
|---|---|
| 2:15 p.m. | Sentencing hearing commenced. Summary of plea agreement stated on the record. Probation agrees with plea agreement. Court accepts plea agreement. Government's Oral Motion to Dismiss counts 1 & 3. Oral Order granting motion to dismiss counts 1 & 3. Sentence imposed. |
| 2:28 p.m | Hearing concluded. |