IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
          v.                  )    CR. NO. 2:06cr032-MHT
                              )
JEROME LAVERNE HARRIELL       )
```

O R D E R

Upon consideration of the Motion to Rescind Preliminary Order of Forfeiture heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same is hereby GRANTED.  It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion be and the same is hereby granted and the Preliminary Order of Forfeiture entered June 20, 2006, is hereby rescinded and declared void *ab initio*.

DONE this ____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE